Complaint - Exh. B

## I.A.T.S.E. Local 835
### Orlando Exhibition Employees

Notice of Grievance

Dated 7/22/2022



*International Alliance of Theatrical Stage Employes, Motion Picture Technicians,
Artists and Allied Crafts of the United States and Canada AFL-CIO, CLC*
7091 Grand National Drive, Suite 108
Orlando, Florida 32819
Tel: (407) 649-9669  FAX: (407) 649-1926

July 22, 2022

Dieter Burgoa
General Manager
GES Global Experience Specialists
4805 Sand Lake Road
Orlando, Florida 32819

Certified Mail: # 7022 1670 0003 1829 5922

Re:     Step Two:  Class Action Grievance

Dear Dieter,

This is a group/class action grievance on behalf of the Union and all adversely affected employees/applicants/referrals.  The violations have been ongoing.

At specific dates unknown to the Union, the Company has outsourced to, subcontracted with, transferred to and/or otherwise diverted work (within the trade and territorial jurisdiction of its CBA with the Union) to third parties, including but not limited to an entity known as "CORT Furniture".

The employer has violated the contract, policies, and/or practices by performing work either directly or indirectly (including but not limited to outsourcing, subcontracting, transferring and/or otherwise diverting work within the trade and territorial jurisdiction of the CBA) that should be performed by bargaining unit employees, employees represented by and/or referred by the Union. This work includes, but is not limited to, the handling and/or placement of furniture and/or other materials within the trade and territorial jurisdiction of the Union, including but not limited to furniture.  The provisions of the CBA violated include but are not limited to the recognition clause, the scope of work provision, and all provisions and practices relevant to job classifications and the referral/hiring hall requirements (see Articles 1, 2, 2.01, 11 and 16) and all other applicable provisions, policies and/or practices.

Dieter Burgoa
GES Global Experience Specialists
July 22, 2022
Page Two

As a remedy, the Company shall immediately come into compliance with the CBA and shall make the Union and all adversely affected employees/applicants/referrals and/or potential employees/applicants/referrals whole, with compound interest, together with all other appropriate relief.

The Union reserves the right to amend or supplement the grievance.

Respectfully,

Mark Hardter
Business Representative
IATSE Local 835
(407) 375-0631
markh@iatselocal835.org