| | |
|---|---|
| **From:** | Goldstein, Hope S. <hgoldstein@vedderprice.com> |
| **Sent:** | Thursday, June 8, 2023 10:34 PM |
| **To:** | Rich Siwica |
| **Subject:** | RE: [EXT] Re: FW: [EXT] Fwd: Panel for case #230531-06576 |

Hi Rich.  The Union did not bring a grievance as required under the CBA, nor did they advance the matter to arbitration per the CBA, therefore, the Company's position is that arbitration is not required  and the Company is not willing to bear the expense.  Best, Hope

**Hope S. Goldstein,** Shareholder

**VedderPrice**

M +1 973 723 0734

T +1 469 895 4760

1633 Broadway, 31st Floor, New York, NY 10019

web | email | offices | biography

---

**From:** richard siwica <rsiwica@eganlev.com>
**Sent:** Wednesday, June 7, 2023 11:54 AM
**To:** Goldstein, Hope S. <hgoldstein@vedderprice.com>
**Subject:** [EXT] Re: FW: [EXT] Fwd: Panel for case #230531-06576


Dear Hope:

Just to confirm the precise basis for your client's refusal to arbitrate the grievance.  It is your client's position that the grievance "was not presented in accordance with Step 1 of the CBA, nor was it advanced to arbitration in a timely manner per the CBA."

Let me know.

Thanks,

-----
**Rich Siwica**
**Egan, Lev & Siwica, P.A.**
231 East Colonial Ave
Orlando FL
Tel.  (407) 422-1400
Fax. (407) 422-3658


**NOTICE: This electronic message transmission contains information which is confidential, attorney-client privileged and/or attorney work product. The information is intended solely for the recipient, and use by any other party is not authorized.  If you are not the intended recipient, you are hereby on notice that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you received this electronic mail transmission in error, please delete it and any attachments from your system without copying, forwarding or distributing it, any attachments, or any other information contained therein, and please notify me of the error by reply e-mail.**

1

On Mon, Jun 5, 2023 at 7:18 PM Goldstein, Hope S. <hgoldstein@vedderprice.com> wrote:

Dear Rich,

I hope this note finds you well.

My client, GES, received the attached from FMCS. We are returning it to you, since, as GES previously informed Mark Hardter, there is no viable underlying grievance and they do not agree to arbitrate the matter. It was not presented in accordance with Step 1 of the CBA, nor was it advanced to arbitration in a timely manner per the CBA. GES was cooperative in discussing the initial grievance with Local 835 in the interest of the parties relationship though not required to do so, but that good will does not extend to incurring the costs associated with an arbitration over a matter the Union failed to process properly. As such, we will not be paying FMCS' fees or selecting an arbitrator.

Best,

Hope


**Hope S. Goldstein,** Shareholder


# VedderPrice

M +1 973 723 0734

T +1 469 895 4760

1633 Broadway, 31st Floor, New York, NY 10019

web | email | offices | biography

---

**From:** arbsvc@fmcs.gov <arbsvc@fmcs.gov>
**Sent:** Wednesday, May 31, 2023 9:15:36 PM
**To:** Dieter Burgoa <dburgoa@ges.com>; rsiwica@eganlev.com <rsiwica@eganlev.com>
**Subject:** Panel for case #230531-06576

You don't often get email from arbsvc@fmcs.gov. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the source of this email and know the content is safe. Use the Outlook Report Message feature to report suspicious emails.

The panel for case #230531-06576 is attached.

**IMPORTANT: Please do not respond to this email address. It is not monitored. To notify us, email [arbitration@fmcs.gov](mailto:arbitration@fmcs.gov) or call 202-606-5111.**

CONFIDENTIAL NOTICE: This e-mail transmission (and the attachments, if any, accompanying it) may contain confidential information. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any forwarding, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.